# In the United States Court of Federal Claims

No. 18-333 C
Filed: January 3, 2022

|  |  |
|---|---|
| MOLINA HEALTHCARE OF CALIFORNIA, INC. *et al.*, | ) ) ) ) |
| *Plaintiffs,* | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| *Defendant.* | ) ) |

## SCHEDULING ORDER

  On January 3, 2022, the parties filed a joint status report asking the Court to extend the stay in this case for an additional 60 days to allow the Government time to review Plaintiffs' proposal to resolve damages and mitigation issues, and allow the parties time to continue to attempt to resolve this matter without further litigation. *See* ECF No. 30. The parties propose filing a joint status report by March 4, 2022, wherein the parties will update the Court on their efforts. *Id.* at 2. The Court agrees with the parties' proposal. The parties shall file a joint status report **on or before March 4, 2022**.

**IT IS SO ORDERED.**

                      s/ Edward H. Meyers
                      Edward H. Meyers
                      Judge