# In the United States Court of Federal Claims

No. 18-333 C
Filed: March 4, 2022

|  |  |
|---|---|
| MOLINA HEALTHCARE OF CALIFORNIA, INC. *et al.*, | ) ) ) ) |
| *Plaintiffs,* | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) ) |
| *Defendant.* | ) |

## SCHEDULING ORDER

      On March 4, 2022, the parties filed a joint status report asking the Court to extend the stay in this case and order the parties to submit a Joint Status Report within 30 days to update the Court on the status of the parties' efforts to fully resolve the matter. *See* ECF No. 33. The Court agrees with the parties' proposal, and accordingly extends the stay in this case but permits the parties to file a joint status report on or before **May 9, 2022**.

**IT IS SO ORDERED.**

                                               s/ Edward H. Meyers
                                               Edward H. Meyers
                                               Judge