# IN THE UNITED STATES COURT
# OF FEDERAL CLAIMS

| | |
|---|---|
| MOLINA HEALTHCARE OF CALIFORNIA, INC., *et al.*, | |
| Plaintiffs, | No. 18-333 C |
| | Judge Meyers |
| v. | |
| THE UNITED STATES, | |
| Defendant. | |

## JOINT STATUS REPORT

Pursuant to the Court's August 24, 2022 order (ECF No. 41), the parties respectfully submit this joint status report to request that the Court continue the stay in these proceedings.

This case is currently stayed because the Government is working with a number of cost-sharing reduction ("CSR") Plaintiffs to determine whether they may efficiently resolve this and other pending CSR matters without further litigation or at least streamline these cases. The parties to a number of these CSR cases, including this one, have stipulated to entry of partial final judgment as to the CSR amounts owed by the Government for 2017. On September 22, 2022, with leave of this Court, the Plaintiffs filed an Amended Complaint to recover CSR payments due to Plaintiffs for 2018-21. On August 24, 2022, the Court ordered the parties to file a joint status report on or before October 7, 2022.

The parties believe that the current continued stay in this case will provide more time for the parties to continue their discussions about resolving the damages amounts owed by the Government in the pending CSR cases, including this one, for benefit years

2018 and beyond without further litigation. On April 28, 2022, the Government provided its substantive response to the CSR Plaintiffs' proposed settlement methodology for CSR damages owed for benefit years 2018 and beyond. On May 20, 2022, counsel for the Government and for a number of CSR Plaintiffs, including this case, participated in a teleconference with actuaries to discuss the proposed settlement methodology and to share relevant data. On May 23, 2022, CSR Plaintiffs responded to the Government's April 28, 2022 letter. Thereafter, the parties have convened by phone multiple times, and the Government produced certain settlement-related data and other information to the plaintiffs on July 22, 2022, which the parties hope will continue to advance our settlement discussions. Most recently, the parties participated in a settlement-related call on September 1, 2022, and the CSR Plaintiffs followed that call with a letter to the Government on September 15, 2022. Plaintiffs expect to receive a response letter from the Government next week. The complexity of the CSR cases and the number of interested stakeholders necessitate that the parties be afforded additional time to pursue this mutual attempt to resolve the damages issues in this case without further litigation. Good cause therefore exists to continue the stay in this case for CSRs due to Plaintiffs for benefit years 2018 and beyond.

       Accordingly, the parties jointly request that the Court continue the stay in this case, other than for Plaintiffs' filing of an amended complaint, and the parties will file a Joint Status Report within 45 days to update the Court on the status of their efforts to fully resolve this matter.

October 7, 2022 　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　BRIAN M. BOYNTON
　　　　　　　　　　　　　　　　　　Principal Deputy Assistant Attorney
　　　　　　　　　　　　　　　　　　General

/s/ Lawrence S. Sher
Lawrence S. Sher (D.C. Bar No. 430469)　　PATRICIA M. McCARTHY.
REED SMITH LLP　　　　　　　　　　　　Director
1301 K Street NW
Suite 1000-East Tower　　　　　　　　　/s/ Claudia Burke
Washington, DC 20005　　　　　　　　　CLAUDIA BURKE
Telephone: 202.414.9200　　　　　　　　Assistant Director
Facsimile: 202.414.9299
Email: lsher@reedsmith.com　　　　　　/s/ David M. Kerr
　　　　　　　　　　　　　　　　　　DAVID M. KERR
*Of Counsel:*　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　Commercial Litigation Branch
Gregory Vose (PA Bar No. 324912)　　　　Civil Division
REED SMITH LLP　　　　　　　　　　　　U.S. Department of Justice
Reed Smith Centre　　　　　　　　　　　P.O. Box 480
225 Fifth Avenue, Suite 1200　　　　　　Ben Franklin Station
Pittsburgh, PA 15222　　　　　　　　　　Washington, DC 20044
Telephone: 412.288.3131　　　　　　　　Telephone: (202) 307-3390
Facsimile: 412.288.3063　　　　　　　　Email: David.M.Kerr@usdoj.gov
Email: gvose@reedsmith.com
　　　　　　　　　　　　　　　　　　OF  COUNSEL:
*Attorneys for Plaintiffs*
　　　　　　　　　　　　　　　　　　ALBERT S. IAROSSI
　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　Civil Division
　　　　　　　　　　　　　　　　　　U.S. Department of Justice

　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*