# In the United States Court of Federal Claims

No. 18-333 C
Filed: November 21, 2022

|  |  |
|---|---|
| MOLINA HEALTHCARE OF CALIFORNIA, INC. *et al.*, | ) ) ) ) |
| *Plaintiffs,* | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) ) |
| *Defendant.* | ) |

**SCHEDULING ORDER**

      On November 21, 2022, the parties filed a joint status report asking the Court to extend the stay in this case and order the parties to submit a Joint Status Report within 45 days to update the Court on the status of the parties' efforts to fully resolve the matter. *See* ECF No. 45. The Court agrees with the parties' proposal and extends the stay in this case. The parties shall file a joint status report on or before **January 5, 2023** updating the Court on the status of their efforts to fully resolve the matter.

**IT IS SO ORDERED.**

                                                              s/ Edward H. Meyers
                                                              Edward H. Meyers
                                                              Judge