# IN THE UNITED STATES COURT
# OF FEDERAL CLAIMS

| | |
|---|---|
| MOLINA HEALTHCARE OF CALIFORNIA, INC., *et al.*, | |
| Plaintiffs, | No. 18-333 C |
| | Judge Meyers |
| v. | |
| THE UNITED STATES, | |
| Defendant. | |

## JOINT STATUS REPORT

Pursuant to the Court's November 21, 2022 order (ECF No. 46), the parties respectfully submit this joint status report to request that the Court continue the stay in these proceedings.

This case is currently stayed because the Government is working with a number of cost-sharing reduction ("CSR") Plaintiffs to determine whether they may efficiently resolve this and other pending CSR matters without further litigation or at least streamline these cases. The parties to a number of these CSR cases, including this one, have stipulated to entry of partial final judgment as to the CSR amounts owed by the Government for 2017. On September 22, 2022, with leave of this Court, the Plaintiffs filed an Amended Complaint to recover CSR payments due to Plaintiffs for 2018-21. On November 21, 2022, the Court ordered the parties to file a joint status report on or before January 5, 2023.

The parties believe that the current continued stay in this case will provide more time for the parties to continue their discussions about resolving the damages amounts owed by the Government in the pending CSR cases, including this one, for benefit years

2018 and beyond without further litigation.  On April 28, 2022, the Government provided its substantive response to the CSR Plaintiffs' proposed settlement methodology for CSR damages owed for benefit years 2018 and beyond.  On May 20, 2022, counsel for the Government and for a number of CSR Plaintiffs, including this case, participated in a teleconference with actuaries to discuss the proposed settlement methodology and to share relevant data.  On May 23, 2022, CSR Plaintiffs responded to the Government's April 28, 2022 letter.  Thereafter, the parties have convened by phone multiple times, and the Government produced certain settlement-related data and other information to the CSR Plaintiffs on July 22, 2022, which the parties hope will continue to advance our settlement discussions.  The parties participated in a settlement-related call on September 1, 2022, and the CSR Plaintiffs followed that call with a letter to the Government on September 15, 2022.   The Government responded to the CSR Plaintiffs' letter on November 10, 2022.  The CSR plaintiffs are evaluating the Government's response and plan to respond with the goal of bringing the parties' discussions of a proposed resolution through settlement to a conclusion.  The complexity of the CSR cases and the number of interested stakeholders necessitate that the parties be afforded additional time to pursue this mutual attempt to resolve the damages issues in this case without further litigation.  Good cause therefore exists to continue the stay in this case for CSRs due to Plaintiffs for benefit years 2018 and beyond.

      Accordingly, the parties jointly request that the Court continue the stay in this case, and the parties will file a Joint Status Report within 45 days to update the Court on the status of their efforts to fully resolve this matter.

January 5, 2023                                       Respectfully submitted,

                                                                BRIAN M. BOYNTON
                                                                Principal Deputy Assistant Attorney General

                                                                PATRICIA M. McCARTHY.
                                                                Director

s/ Lawrence S. Sher                                    s/ Claudia Burke
Lawrence S. Sher (D.C. Bar No. 430469)                 CLAUDIA BURKE
REED SMITH LLP                                         Assistant Director
1301 K Street NW
Suite 1000-East Tower                                  s/ David M. Kerr
Washington, DC 20005                                   DAVID M. KERR
Telephone: 202.414.9200                                Trial Attorney
Facsimile: 202.414.9299                                Commercial Litigation Branch
Email: lsher@reedsmith.com                             Civil Division
                                                       U.S. Department of Justice
*Of Counsel:*                                          P.O. Box 480
                                                       Ben Franklin Station
Gregory Vose (PA Bar No. 324912)                       Washington, DC 20044
REED SMITH LLP                                         Telephone:   (202) 307-3390
Reed Smith Centre                                      Email:  David.M.Kerr@usdoj.gov
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222                                   OF  COUNSEL:
Telephone: 412.288.3131
Facsimile: 412.288.3063                                ALBERT S. IAROSSI
Email: gvose@reedsmith.com                             Senior Trial Counsel
                                                       Civil Division
*Attorneys for Plaintiffs*                             U.S. Department of Justice

                                                       *Attorneys for Defendant*