# In the United States Court of Federal Claims

No. 18-333 C

Filed: January 5, 2023

|  |  |
|---|---|
| MOLINA HEALTHCARE OF CALIFORNIA, INC. *et al.*, | ) ) ) ) |
| *Plaintiffs,* | ) ) ) |
| v. | ) ) ) |
| THE UNITED STATES, | ) ) ) |
| *Defendant.* | ) |

### SCHEDULING ORDER

On January 5, 2023, the parties filed a joint status report asking the Court to extend the stay in this case and order the parties to submit a joint status report. *See* ECF No. 47. For good cause shown, the Court extends the stay in this case. The parties shall file a joint status report on or before **March 6, 2023** updating the Court on the status of their efforts to fully resolve the matter.

**IT IS SO ORDERED.**

                                                s/ Edward H. Meyers
                                                Edward H. Meyers
                                                Judge