# In the United States Court of Federal Claims

No. 18-333 C

Filed: October 10, 2023

|  |  |
|---|---|
| MOLINA HEALTHCARE OF CALIFORNIA, INC. *et al.*, | ) ) ) ) |
| *Plaintiffs,* | ) ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) ) |
| *Defendant.* | ) |

## SCHEDULING ORDER

On September 29, 2023, the parties filed a joint status report asking the Court to continue the stay in this case. *See* ECF No. 57. For good cause shown, the Court continues the stay in this case. The parties shall file a joint status report on or before **November 28, 2023**, updating the Court on the status of their efforts to fully resolve the matter.

**IT IS SO ORDERED.**

 s/ Edward H. Meyers
Edward H. Meyers
Judge