# In the United States Court of Federal Claims

No. 18-333 C

Filed: November 29, 2023

|  |  |
|---|---|
| MOLINA HEALTHCARE OF CALIFORNIA, INC. *et al.*, | ) ) ) |
| *Plaintiffs,* | ) ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) ) |
| *Defendant.* | ) ) |

## SCHEDULING ORDER

On November 28, 2023, the parties filed a joint status report asking the Court to continue the stay of this case for 60 days. ECF No. 59. For good cause shown, the Court continues the stay. The parties shall file a joint status report on or before January 26, 2024, updating the Court on the status of their efforts to fully resolve the matter.

**IT IS SO ORDERED.**

 s/ Edward H. Meyers
Edward H. Meyers
Judge